UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY NAVARRETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 22-cv-01147-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend after discussing the deficiencies with the complaint. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the court. The case is **DISMISSED** for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: April 19, 2022

                                                  */s/ Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge